# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00672-CV

**Giovanni Mola and Nicola Mola, Appellants**

**v.**

**Joseph Berro, Appellee**

---

### FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-21-007184, THE HONORABLE JESSICA MANGRUM, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

On January 4, 2023, appellee Joseph Berro filed a motion to dismiss this appeal for want of prosecution because appellants have not timely filed their brief. Appellants' brief was originally due in December 2022. On January 12, 2023, this Court requested that appellants file a response to the motion to dismiss on or before January 23, 2023. To date, appellants have not filed a response to the motion to dismiss, and they have not filed their brief or a motion for extension of time to file their brief. Accordingly, we grant appellee's motion and dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Triana and Theofanis

Dismissed for Want of Prosecution

Filed:   January 31, 2023